ELLA M. SCEE, Respondent, v. THE CARTHAGE NATIONAL EXCHANGE BANK, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action in replevin.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK AMBROSIO, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. Memorandum: The Board of Parole declared relator delinquent. Subsequently, on his being produced, he was brought before the Board and the Board ordered him to be brought before the Board again in 1942. The correctness of this order is not subject to review by the courts. (Cf. *People ex rel. Kurzynski* v. *Hunt*, 250 App. Div. 378.) All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK RUSSO, Appellant, v. HENRY T. COPENHAGEN, Chief of Police, Rochester, N. Y., and JAMES S. MALLEY, Sheriff of Monroe County, State of New York, Respondents.— Order so far as appealed from affirmed, without costs, and respondents directed to deliver relator into custody of Herbert V. Beatty. Stay granted to enable relator to seek permission to appeal to the Court of Appeals and bail fixed at $5,000. All concur. (The portion of the order appealed from dismisses a writ of habeas corpus and directs that relator be surrendered for extradition purposes.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES INZINA and ANTHONY CASEL, Appellants.— Judgment of conviction affirmed. All concur, except Crosby, J., not voting. (The judgment convicts defendants of the crimes of burglary, third degree, and petit larceny.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS H. IRWIN, Appellant, and CHARLES McGOWAN, Defendant.— Judgment of conviction affirmed. All concur, except Crosby, J., not voting. (The judgment convicts defendant of the crime of robbery, first degree.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

ANNA D. WAY, Respondent, v. PRUDENTIAL INSURANCE COMPANY, Appellant, and HENRY DELEGGE, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Taylor and Dowling, JJ.

MARY E. HEWITT, Individually and as Administratrix, etc., of ELIZABETH L. LUMAN, Deceased, Appellant, v. AMELIA L. RUMBLE, Individually and as Executrix, etc., of ANDREW LUMAN, Deceased, and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.